FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

NOV 1 3 2019

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19CR4162 KG |
| ) | |
| vs. ) | 8 U.S.C. § 1324(a)(1)(A)(v)(I): |
| ) | Conspiracy to Transport Illegal Aliens. |
| **STEPHEN ROLF BAUER,** ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about August 24, 2019, in Otero County, in the District of New Mexico, and elsewhere, the defendant, **STEPHEN ROLF BAUER**, combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 8 U.S.C. § 1324(a)(1)(A)(ii), specifically, transporting illegal aliens.

In violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
11/06/19 9:28AM